Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−20464−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph W. Hanley
   594 Van Emburgh Avenue
   Washington Township, NJ 07676

Social Security No.:
   xxx−xx−0501

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 9, 2019.

   On 8/21/20 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  October 1, 2020
Time:                08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 24, 2020
JAN: wdh

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-20464-VFP
Joseph W. Hanley                                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 24, 2020
                              Form ID: 185             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
```
db          +Joseph W. Hanley,    594 Van Emburgh Avenue,    Washington Township, NJ 07676-4112
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 3000,
              Highlands Ranch, CO 80129-2386
518263589   +Middle Country Collection Services, Inc.,    Attn: ENT and Allergy Associates,
              200 Parkway Drive South, Suite 301,    Hauppauge, NY 11788-2025
518263590   +Midland Funding, LLC,    137 Raymond Blvd,Suite 710,    Newark, NJ 07105
518372163   +Millennium Trust Company, LLC as Custodian and Sec,    c/o Pellegrino & Feldstein, LLC,
              290 Route 46 West,    Denville, NJ 07834-1239
518263591   +Ship Bottom Tax Collector,    1621 Long Beach Blvd,    Ship Bottom, NJ 08008-4400
518433165   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518433166   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518355726   +Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# F2302-04C,    1 Home Campus,
              Des Moines, IA 50328-0001
518263592    Wells Fargo Bank, NA,    Attn: Shapiro & DeNardo, LLC,    1400 Commerce Pkwy, Suite B,
              Mount Laurel, NJ 08054
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2020 23:34:11     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2020 23:34:08     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518263588    E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 24 2020 23:40:48     Chase Card,
              POB 15298,    Wilmington, DE 19850
518362211   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2020 23:41:26     Verizon,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Millennium Trust Company, LLC as Custodian and Sec,    c/o Pellegrino & Feldstein, LLC,
              290 Route 46 West,    Denville, NJ 07834-1239
518902332*  +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
```
              Deborah T. Feldstein    on behalf of Creditor    Millennium Trust Company, LLC as Custodian and
               Securities Intermediary for TLOA of NJ, LLC dfeldstein@caplaw.net
              Elizabeth L. Wassall    on behalf of Creditor    Specialized Loan Servicing LLC ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Jeffrey Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com,
               njbankruptcynotifications@logs.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Wachtel    on behalf of Debtor Joseph W. Hanley rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Joseph W. Hanley ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 24, 2020
                              Form ID: 185             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7