Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

JOSEPH W. HANLEY,

Case No.: 19-20464 VFP

Debtor

## NOTICE OF RESERVE ON CLAIM

Creditor:             MILLENNIUM TRUST COMPANY, LLC
Trustee Claim #:      4
Court Claim #:        3
Claimed Amount:       $29,810.91
Date Claim Filed:     10/08/2019

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.** The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: October 25, 2023

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

JOSEPH W. HANLEY
594 VAN EMBURGH AVENUE
WASHINGTON TOWNSHIP, NJ  07676

PELLEGRINO & FELDSTEIN, LLC
290 ROUTE 46 WEST
DENVILLE, NJ  07834

MILLENNIUM TRUST COMPANY, LLC
TLOA OF NJ, LLC C/O TLOA SERVICING, LLC
PO BOX 54077
NEW ORLEANS, LA  70154

VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601